# MINUTES

CASE NUMBER:    2:16-CV-02198LEK (USDC, Eastern District of California)

CASE NAME:    Maria Del Carmen Arellano, et al. Vs. United States Army, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:    Leslie E. Kobayashi    REPORTER:

DATE:    1/17/2017    TIME:

---

COURT ACTION:   EO: A Status (Pretrial Scheduling) Conference set for February 16, 2017 at 3:30 PM **is moved to February 22, 2017 at 05:00 PM  (Eastern District of California time** which is 3:00 PM (Hawaii time) before Judge Leslie E. Kobayashi.

All Counsel from the Eastern District of California are to participate by telephone.  The Courtroom Manager will contact counsel at the phone numbers listed on the docket unless an alternate phone number is provided.

Joint Status Report is due 15 days before the status conference.

Submitted by: Warren N. Nakamura, Courtroom Manager