McGREGOR W. SCOTT
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant,
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARIA DEL CARMEN ARELLANO, et al., | Case No. 2:16-cv-02198-LEK |
|---|---|
| Plaintiffs, | **STIPULATION AND PROPOSED ORDER TO CONTINUE DEADLINE FOR FILING STIPULATION FOR DISMISSAL OF ACTION** |
| v. | |
| JAVIER ANTONIO ZAMORA, et al., | |
| Defendants. | |

The parties to this action hereby stipulate and request that, due to unforeseen delays in the processing of the voucher for payment submitted to the Judgment Fund, the deadline for filing of the stipulation for dismissal of this action be continued from February 12, 2018, to March 5, 2018.

                          Respectfully submitted,

Dated: February 9, 2018                McGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ Benjamin E. Hall
                                          BENJAMIN E. HALL
                                          Assistant U.S. Attorney
                                          Attorney for Defendant,
                                          United States of America

Dated: February 9, 2018			LAW OFFICES OF ROBERT J.
								GONZALEZ

							[Authorized February 8, 2018]

							 /s/ Robert J. Gonzalez
							ROBERT J. GONZALEZ
							Attorneys for Plaintiffs

## **ORDER**

IT IS SO ORDERED.

Dated: February 9, 2018



				 /s/ Leslie E. Kobayashi
				Leslie E. Kobayashi
				United States District Judge