1  McGREGOR W. SCOTT
   United States Attorney
2  BENJAMIN E. HALL
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Defendant,
   United States of America

7

8                       IN THE UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

| 11 | MARIA DEL CARMEN ARELLANO, et al., | Case No. 2:16-cv-02198-LEK |
|---|---|---|
| 12 | Plaintiffs, | **STIPULATION AND PROPOSED ORDER TO CONTINUE DEADLINE FOR FILING STIPULATION FOR DISMISSAL OF ACTION** |
| 13 | v. | |
| 14 | JAVIER ANTONIO ZAMORA, et al., | |
| 15 | Defendants. | |

16

17     The parties to this action hereby stipulate and request that, due to further delays in the

18 processing of the voucher for payment timely submitted to the Judgment Fund, the deadline for

19 filing of the stipulation for dismissal of this action be further continued from March 5, 2018 (*see*

20 Order, ECF No. 19, at p. 2), to March 30, 2018.  Counsel for the United States has been informed

21 that the voucher has now been approved for payment and is in the queue for disbursement by the

22 Judgment Fund.

23                                          Respectfully submitted,

24 Dated: March 5, 2018                     McGREGOR W. SCOTT
                                            United States Attorney
25

26                                           /s/ Benjamin E. Hall
                                            BENJAMIN E. HALL
27                                          Assistant U.S. Attorney
                                            Attorney for Defendant,
28                                          United States of America

| | |
|---|---|
| Dated: March 5, 2018 | LAW OFFICES OF ROBERT J. GONZALEZ |
| | [Authorized March 3, 2018] |
| | /s/ Robert J. Gonzalez |
| | ROBERT J. GONZALEZ |
| | Attorneys for Plaintiffs |

**ORDER**

IT IS SO ORDERED.

Dated: March 5, 2018

/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge